USCA1 Opinion

 

 December 8, 1993 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-1437 JESSICA D. WOOD, Plaintiff, Appellee, v. MANAGEMENT SEARCH CORPORATION, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Frank H. Freedman, U.S. District Judge] ___________________ ____________________ Before Cyr, Boudin and Stahl, Circuit Judges. ______________ ____________________ Jessica D. Wood on brief pro se. _______________ Debra I. Lerner and Long, Racicot & Bourgeois on brief for _________________ ___________________________ appellee. ____________________ ____________________ Per Curiam. Plaintiff Jessica D. Wood appeals the ___________ dismissal of her Title VII claim as not timely filed. We find no error and affirm essentially for the reasons stated in the district court's memorandum and order dated March 17, 1993. Wood admittedly received the Equal Employment Opportunity Commission's determination and 90-day right-to- sue notice on September 21, 1990. This complaint was filed 91 days later, on December 21, 1990. Compliance with the Title VII time for filing a federal suit, 42 U.S.C. 2000e- 5(f)(1), is a statutory prerequisite: a complaint must be filed within 90 days of receipt of the EEOC right-to-sue _______ letter. "In the absence of a recognized equitable consideration, the court cannot extend the limitation period by even one day." Rice v. New England College, 676 F.2d 9, ____ ___________________ 11 (1st Cir. 1982); see also Peete v. American Standard ___ ____ _____ _________________ Graphic, 885 F.2d 331, 331-32 (6th Cir. 1989); Harvey v. New _______ ______ ___ Bern Police Dep't., 813 F.2d 652, 653 (4th Cir. 1987); Mosel __________________ _____ v. Hills Dep't. Store, Inc., 789 F.2d 251, 252 (3d Cir. _________________________ 1986). As Wood does not claim that she had insufficient time within which to act, and no equitable reasons are presented to warrant disregarding the 90-day rule, the district court correctly dismissed the complaint as untimely. Affirmed. ________